AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

``                                DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JESUS CALDERON-CAMBRAY,
        Defendant.

**APPEARANCE**

Case Number:   08MJ1662

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JESUS CALDERON-CAMBRAY

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number      Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: May 29, 2008 | ____/s/ Joseph McMullen____<br>JOSEPH McMULLEN<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030<br>(619) 234-8467  (tel)<br>(619) 687-2666  (fax)<br>e-mail: Joseph_McMullen@fd.org |